UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80269-CIV-HURLEY/HOPKINS

GLEN TROTTA,

    Plaintiff,

v.

LIGHTHOUSE POINT
LAND COMPANY, LLC, et al.,

    Defendants.
_____/

*[Stamp: CLOSED CASE]*

## ORDER GRANTING MOTION FOR JUDGMENT

**THIS CAUSE** is before the court upon plaintiff's motion for entry of judgment [DE # 61]. On February 13, 2008, this court granted plaintiff's motion for summary judgment [DE # 60]. The court determined that the real estate contract at issue was subject to rescission under the Interstate Land Sales Full Disclosure Act. The instant motion, to which no opposition has been filed, and its supporting documents and affidavits indicate that the amount paid by plaintiff for the subject property was $1,024,686.74. Accordingly, the court will grant plaintiff's motion for judgment in that amount and direct the Clerk to close this case.

It is hereby **ORDERED** and **ADJUDGED** that:

1. Plaintiff's motion for entry of judgment [DE # 61] is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 58(a), the court will enter final judgment by separate order.

3. The court retains jurisdiction to award attorneys' fees and/or costs, if appropriate.

4. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

Order Granting Motion for Judgment
Trotta v. Lighthouse Point Land Company, LLC et al.
Case No. 07-80269-CIV-HURLEY/HOPKINS

5. The Clerk of the court is directed to enter this case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this _19_ day of March, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*