UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80269-CIV-HURLEY/HOPKINS

GLEN TROTTA,

    Plaintiff,

v.

LIGHTHOUSE POINT
LAND COMPANY, LLC, et al.,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the court following the court's order granting the plaintiff's motion for judgment.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

The plaintiff, Glen Trotta, is awarded the sum of $1,024,686.74 (one million twenty-four thousand six hundred eighty-six dollars and seventy-four cents), together with post-judgment interest at the rate of 1.52%, against defendants Lighthouse Point Land Company, LLC, and Toll Brothers, Inc., for which let execution issue. The court reserves jurisdiction to award attorneys' fees and/or court costs, if appropriate.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _19_ day of March, 2008.

                                Daniel T. K. Hurley
                                United States District Judge

*Copies provided to counsel of record*