UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80269-CIV-HURLEY/HOPKINS

GLEN TROTTA,

    Plaintiff,

v.

LIGHTHOUSE POINT
LAND COMPANY, LLC, et al.,

    Defendants.
_____/

## SECOND AMENDED FINAL JUDGMENT

**THIS CAUSE** is before the court following the court's order granting the motion to amend the amended final judgment entered June 17, 2008. That judgment is **VOID** and of no force or effect.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

The plaintiff, Glen Trotta, is awarded the sum of $1,024,686.74 (one million twenty-four thousand six hundred eighty-six dollars and seventy-four cents), together with post-judgment interest at the rate of 1.52%, against defendants Lighthouse Point Land Company, LLC, and Toll Brothers, Inc., for which let execution issue.

Plaintiff, Glen Trotta, shall tender (i) unit 404 in the BeachFront at Singer Island Condominium and (ii) the deed to that unit to defendant Lighthouse Point Land Company, in substantially the same condition as that in which the unit was conveyed to him by defendant.

The court reserves jurisdiction to award attorneys' fees and/or court costs, if appropriate.

Second Amended Final Judgment
Trotta v. Lighthouse Point Land Company, LLC et al.
Case No. 07-80269-CIV-HURLEY/HOPKINS

      **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 27th day of June, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*