UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80269-CIV-HURLEY/HOPKINS

**GLEN TROTTA,**

    **Plaintiff,**

**v.**

**LIGHTHOUSE POINT LAND COMPANY, LLC, et al.,**

    **Defendants.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND GRATING IN PART DEFENDANTS' MOTION FOR BILL OF COSTS**

    **THIS CAUSE** is before the court upon defendants' motion for bill of costs [DE # 128] and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court grant defendants' motion in part [DE # 130].  No objections were filed to the Magistrate Judge's report.

    Having carefully reviewed the Magistrate Judge's Report and Recommendation as to defendants' motion, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned.  The court therefore adopts those recommendations.

    Upon review of the report of the magistrate judge, it is hereby **ORDERED** and **ADJUDGED**:

    1.    The Report and Recommendation of the United States Magistrate Judge [DE # 130] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

    2.

Order Adopting R & R of Magistrate Judge
Trotta v. Lighthouse Point Land Co, et al.
Case No. 07-80269-CIV-HURLEY/HOPKINS

3.  Defendants' motion for bill of costs [DE # 130] is **GRANTED IN PART**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 11th day of September, 2009.

_____
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*